**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR21** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KEVIN C. JOHNSON,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [80].  Counsel needs additional time to resolve the matter short of trial.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [80] is granted, as follows:

1. The jury trial, now set for September 21, 2021, is continued to **December 21, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 21, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:  September 8, 2021**

                                                            **BY THE COURT:**


                                                            **s/ Michael D. Nelson
                                                            United States Magistrate Judge**