IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:20CR21 |
| vs. | ) | |
| KEVIN C. JOHNSON, | ) | ORDER |
| Defendant. | ) | |

    This matter is before the court on defendant's Unopposed Motion to Continue Trial [92]. Counsel needs additional time to resolve this matter short of trial. After review of the motion and conferencing with counsel for the parties, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [92] is granted, as follows:

1. The jury trial now set for January 3, 2023, is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

 DATED: December 14, 2022

                                                      BY THE COURT:

                                                      s/ Michael D. Nelson
                                                      **United States Magistrate Judge**